Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL III

| Sucesión De Antonio Villanueva Bonilla T/C/C Antonio Villanueva Compuesta Por: Idalis Villanueva Alarcón Mayra Enid Villanueva Alarcón y Roberto Villanueva Alarcón Representados por su apoderada, Jozymar Alarcón Velázquez<br><br>**Recurrido**<br><br>v.<br><br>Antonio Villanueva Rivera<br><br>**Peticionario** | TA2026CE00003 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de<br><br>Civil Núm. AG2023CV01522<br><br>Sobre: División de Comunidad de Bienes Hereditarios |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

Hernández Sánchez, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 15 de enero de 2026.

Evaluada la "*MOCION SOBRE DESISTIMIENTO VOLUNTARIO*" presentada por la parte demandada-peticionaria, Antonio Villanueva Rivera el 14 de enero de 2026, se declara con lugar y se dicta sentencia por desistimiento con perjuicio de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones.[1] Dejamos sin efecto la orden de paralización del 8 de enero de 2026.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Regla 83 del Reglamento del Tribunal de Apelaciones, In re Aprob. Enmdas. Reglamento TA, 2025 TSPR 42, págs. 115-117, 215 DPR __ (2025).